NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1546

JAMES X. BORMES, individually
and on behalf of all others similarly situated,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-7409, Judge Charles R. Norgle, Sr.

ON MOTION

ORDER

The United States moves without opposition for a three-day extension of time, until October 16, 2009, to file its reply in support of its motion to transfer this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

OCT 19 2009

_____
Date

cc: John G. Jacobs, Esq.
Henry C. Whitaker, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 19 2009

JAN HORBALY
CLERK